IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,
       Plaintiff,

                                Case No. 3:23cv2333-RV/ZCB

v.

SIMON & SCHUSTER INC.,
et al.,
       Defendants.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Lauren V. Purdy of the law firm of Gunster, Yoakley & Stewart, P.A., as counsel for Defendants, Simon & Schuster Inc., Robert Woodward, and Paramount Global.

Dated: March 24, 2023

                                GUNSTER YOAKLEY & STEWART, P.A.

                                */s/ Lauren V. Purdy*
                                Lauren V. Purdy
                                Florida Bar No. 93943
                                1 Independent Drive, Suite 2300
                                Jacksonville, FL 32202
                                Phone: (904) 354-1980
                                Facsimile: (904) 354-2170
                                lpurdy@gunster.com
                                awinsor@gunster.com

                                *Attorney for Defendants, Simon & Schuster Inc.,*
                                *Robert Woodward, and Paramount Global*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Lauren V. Purdy*
Attorney

ACTIVE:16788878.1