# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation f/k/a VIACOMCBS, INC., a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBSCorporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br><br>Defendants. | Civil Action Number:<br><br>3:23-cv-02333-MCR-ZCB |

## RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT SIMON & SCHUSTER, INC.

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure Defendant

Simon & Schuster, Inc. hereby states that Simon & Schuster, Inc. is an indirect, wholly-owned subsidiary of Paramount Global (f/k/a ViacomCBS Inc.). Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on February 14, 2023.

Pursuant to F.R.C.P. Rule 7.1(a)(2) and 28 U.S.C. § 1332(c), Simon & Schuster is a citizen of New York.

Dated:  March 24, 2023

**GUNSTER, YOAKLEY & STEWART, P.A.**

*/s/ Kenneth B. Bell*
Kenneth B. Bell (FBN 347035)
Lauren V. Purdy (FBN 93943)
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Email:      kbell@gunster.com
                  lpurdy@gunster.com
                  awinsor@gunster.com

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara (NYBN 1930643)

>Linda J. Steinman (NYBN 2137305)
>John M. Browning (NYBN 5213038)
>Leena Charlton (NYBN 5622147)
>1251 Avenue of the Americas, 21st Floor
>New York, NY 10020
>Phone: (212) 489-8230
>Email:  lizmcnamara@dwt.com
>         lindasteinman@dwt.com
>         jackbrowning@dwt.com
>         leenacharlton@dwt.com
>
>*Attorneys for Robert Woodward, Simon & Schuster, Inc. and Paramount Global*
>
>*Pro Hac Vice Pending*[*1]

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>/s/ Kenneth B. Bell
>Attorney

---

[1] Motions for Admission Pro Hac Vice were filed on March 23, 2023 for all counsel of record from Davis Wright Tremaine, LLP.  *See* ECF Nos. 9-12. All counsel have completed the online tutorial and other requirements of Local Rule 11.1.

4855-6485-1288v.2 3901014-000707