UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

Case No. 3:23cv2333-MCR-ZCB

## ORDER

Pending before the Court are the Motions for Admission Pro Hac Vice, ECF Nos. 9, 10, 11 and 12, seeking leave for Attorneys Leena Charlton, Elizabeth McNamara, Linda Steinman and John M. Browning, to appear before this Court as counsel on behalf of Defendants. The motion demonstrates that these attorneys are members of good standing of the State Bar of York, as stated on the certificate of good standing dated within 30 days of the filing of the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matter, the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1, and the motions are due to be granted.

Accordingly:

Page 2 of 2

1. The Motions for Admission Pro Hac Vice, ECF Nos. 9, 10, 11 and 12 are **GRANTED**.

2. Attorneys Leena Charlton, Elizabeth McNamara, Linda Steinman and John M. Browning, are admitted *pro hac vice* to represent the Defendants pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 27th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**