## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PRESIDENT DONALD J. TRUMP,
45th President of the United States of
America, in his individual capacity,

     Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

     Defendants.

CASE NO. 3:23-cv-2333-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ____March 28, 2023_____
Motion/Pleadings: <u>MOTION FOR EXTENSION OF TIME TO OPPOSE</u>
                    <u>MOTION TO DISMISS AND EXTENSION OF WORD</u>
                    <u>LIMIT</u>
Filed by <u>Defendants</u> on <u>March 27, 2023</u> Doc. # <u>20</u>
_____ Stipulated     _____ Joint Pleading
__X__ Unopposed   _____ Consented

            JESSICA J. LYUBLANOVITS
            CLERK OF COURT
            */s/ **Patricia G. Romero***
            Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as follows:

    1.    Defendants may file two separate motions to dismiss.

    2.    Defendants' venue motion, and the opposition thereto, may not exceed 4,000 words; Defendants' Rule 12(b)(6) motion, and the opposition thereto, may not exceed 10,000 words.

3.      Defendants' deadline to file the motions to dismiss is April 3, 2023; Plaintiff's deadline to respond to the motions to dismiss is May 15, 2023.

**DONE** and **ORDERED** this 28th day of March 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**