IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,
    Plaintiff,

Case No. 3:23cv2333-RV/ZCB

v.

SIMON & SCHUSTER INC.,
et al.,
    Defendants.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Derek K. Mountford of the law firm of Gunster, Yoakley & Stewart, P.A., as counsel for Defendants, Simon & Schuster Inc., Robert Woodward, and Paramount Global.

Dated: April 4, 2023

                GUNSTER YOAKLEY & STEWART, P.A.

                */s/ Derek K. Mountford*
                Derek K. Mountford
                Florida Bar No. 127172
                1 Independent Drive, Suite 2300
                Jacksonville, FL 32202
                Phone: (904) 354-1980
                Facsimile: (904) 354-2170
                dmountford@gunster.com
                dculmer@gunster.com

                *Attorney for Defendants, Simon & Schuster Inc.,*
                *Robert Woodward, and Paramount Global*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> */s/ Derek K. Mountford*
> Attorney

ACTIVE:16829945.1