UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESIDENT DONALD J. TRUMP,
45th President of the United States of America, in his individual capacity,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

CASE NO. 3:23-cv-2333-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    April 3, 2023

Motion/Pleadings: MOTION FOR LEAVE TO FILE EXHIBITS IN PAPER AND COMPACT DISK FORMATS

Filed by  Defendants  on March 31, 2023 Doc. #  25

|     | Stipulated   |     | Joint Pleading |
|-----|--------------|-----|----------------|
|  X  | Unopposed    |     | Consented      |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as requested.

**DONE** and **ORDERED** this 5th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**