# EXHIBIT B

Case 1:23-cv-06883-PGG   Document 38-3   Filed 05/19/23   Page 1 of 2

Pursuant to this Court's Order granting Defendants' Unopposed Motion to File Exhibits in Paper and Compact Disk Formats (Dkt. 30), copies of Exhibit B (the audiobook edition of *The Trump Tapes: The Historical Record*, by Bob Woodward) were submitted to the Court in compact disk format.