UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br><br>Defendants. | 3:23-cv-02333-RV-ZCB |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

COME NOW JOINTLY, all parties to this action, by and through their undersigned counsel, and move this Court for entry of a Stipulation and Confidentiality Agreement and Order (the "Protective Order"), which has been seen and agreed to by the parties, and is filed herewith. As further grounds for this Motion, the parties stipulate as follows:

1. This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq., the Copyright Act, 17 U.S.C. § 101 et seq., and *inter alia* the Florida

Deceptive and Unfair Trade Practices Act, unjust enrichment and breach of contract; and

2. The parties agree that a protective order is needed to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect sensitive documents, financial information and other material entitled to be kept confidential, and ensure that confidentiality protection is afforded only to documents, information, material and testimony that may be so entitled; and

3. Entry of a protective order will not interfere with the progress of this case or the rights of any parties.

WHEREFORE, the parties respectfully request that the attached Protective Order filed herewith be entered by the Court.

Respectfully submitted this 28th day of June, 2023.

**GS2 LAW PLLC**

/s/ Robert Garson_____
Robert Garson, Esq.
Florida Bar No. 1034548
Yanina Zilberman
Florida Bar No. 105665
20803 Biscayne Blvd., #406
Aventura, FL 33180
rg@gs2law.com; yz@gs2law.com
*Attorneys for Plaintiff*

**DAVIS WRIGHT TREMAINE LLP**

/s/ Elizabeth A. McNamara

Elizabeth A. McNamara (NYBN 1930643)
Linda J. Steinman (NYBN 2137305)
John M. Browning (NYBN 5213038)
Leena Charlton (NYBN 5622147)

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
   lindasteinman@dwt.com
   jackbrowning@dwt.com
   leenacharlton@dwt.com

**GUNSTER, YOAKLEY & STEWART, P.A.**

Kenneth B. Bell (FBN 347035)
Lauren V. Purdy (FBN 93943)
Derek K. Mountford (FBN 127172)

One Independent Dr., Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Email: kbell@gunster.com
   lpurdy@gunster.com
   dmountford@gunster.com

*Attorneys for Robert Woodward, Simon & Schuster, Inc. and Paramount Global*

**WILLIAMS & CONNOLLY\***

Kevin T. Bane (DCBN 438394*)*
Thomas G. Hentoff (DCBN 128600)

3

        680 Maine Avenue SW
        Washington, DC 20024
        Phone: (202) 434-5804

        Email: kbaine@wc.com
               thentoff@wc.com

        *Of counsel to Robert Woodward*

4862-0221-5533v.2 3901014-000707