UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br>                                                 Plaintiff,<br>         v.<br><br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br>                                                 Defendants. | 3:23-cv-02333-RV-ZCB |

PLAINTIFF'S MOTION TO SEAL CERTAIN DOCUMENTS
CONTAINING CONFIDENTIAL INFORMATION

Plaintiff, President Donald J. Trump ( "Plaintiff"), by and through its undersigned counsel, hereby moves this Honorable Court for an order sealing certain documents containing identifying sales data identified by Defendants as being , and as grounds therefore states as follows:

1. This is a proceeding arising out of the Copyright Act concerning certain specified audio recordings, an audio tape and subsequent derivative works.

2. Good cause to seal the documents that are the subject of this Motion to Seal pursuant to the requirements of Local Rule 5.5., that has been followed, is set forth herein.

3. Pursuant to N.D. Fla. L.R. 5.5 (C), Plaintiff moves this Court for an order

1

sealing the following documents: Exhibit E to the Declaration of Robert Garson in opposition to the motions to dismiss Pursuant To Rule 12(B)(6) or, In The Alternative, To Transfer For Improper Venue and incorporated memorandum of law.

4.      Here, good cause exists to keep the documents requested under seal from the public as they have been designated Confidential by the Defendants pursuant to the Stipulation And Confidentiality Agreement [Doc. 41-1].

5.      Plaintiff requests that the documents that are the subject of this Motion remain under seal until the Court others otherwise.

WHEREFORE, Plaintiff President Donald J. Trump respectfully prays that this Court enter an Order directing the clerk of court to seal the following documents on filing: Exhibit E to the Declaration of Robert Garson in opposition to the motions to dismiss Pursuant To Rule 12(B)(6) or, In The Alternative, To Transfer For Improper Venue and incorporated memorandum of law.

Dated: June 30, 2023
       Aventura, Florida

**GS2 LAW PLLC**
By: /s/ Robert Garson
Robert Garson, Bar No. 1034548
Yanina Zilberman, Bar No. 105665
20803 Biscayne Blvd., #405
Aventura, Florida 33180
(305) 780-5212
rg@gs2law.com; yz@gs2law.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I filed the foregoing Motion, which will send an electronic notice to counsel of record per the service list below.

/s/ Robert Garson

**Service List**

**GUNSTER, YOAKLEY & STEWART, P.A.**
Kenneth B. Bell (FBN 347035)
Lauren v. Purdy (FBN 93943)
One Independent Dr., Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Email: kbell@gunster.com
         lpurdy@gunster.com


**DAVIS WRIGHT TREMAINE LLP**
Elizabeth A. McNamara (NYBN 1930643)
Linda J. Steinman (NYBN 2137305)
John M. Browning (NYBN 5213038)
Leena Charlton (NYBN 5622147)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
         lindasteinman@dwt.com
         jackbrowning@dwt.com
         leenacharlton@dwt.com


*Attorneys for Robert Woodward,*
*Simon & Schuster, Inc. and Paramount Global*