# U.S. District Court
## Northern District of Florida (Pensacola)
### CIVIL DOCKET FOR CASE #: 3:23−cv−02333−MCR−ZCB

TRUMP v. SIMON & SCHUSTER INC et al
Assigned to: JUDGE M CASEY RODGERS
Referred to: MAGISTRATE JUDGE ZACHARY C BOLITHO
Cause: 28:1338 Copyright Infringement

Date Filed: 01/30/2023
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**DONALD J TRUMP**
*45th PRESIDENT OF THE UNITED STATES*
*IN HIS INDIVIDUAL CAPACITY*

represented by **ROBERT DAVID GARSON**
GS2 LAW PLLC – AVENTURA FL
20803 BISCAYNE BOULEVARD
SUITE 405
AVENTURA, FL 33180
305−780−5212
Email: rg@gs2law.com
*ATTORNEY TO BE NOTICED*

**YANINA ZILBERMAN**
GS2LAW – AVENTURA FL
20803 BISCAYNE BOULEVARD
SUITE 405
AVENTURA, FL 33180
305−931−9347
Email: yz@gs2law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SIMON & SCHUSTER INC**

represented by **DEREK K MOUNTFORD**
GUNSTER YOAKLEY & STEWART PA – JACKSONVILLE FL
ONE INDEPENDENT DRIVE
SUITE 2300
JACKSONVILLE, FL 32202
904−350−7179
Email: dmountford@gunster.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH ANNE MCNAMARA**
DAVIS WRIGHT TREMAINE LLP – NEW YORK NY
1251 AVENUE OF THE AMERICAS
21ST FLOOR
NEW YORK, NY 10020
212−489−8230
Fax: 212−489−8340
Email: lizmcnamara@dwt.com
*ATTORNEY TO BE NOTICED*

**JOHN MOSES BROWNING**
DAVIS WRIGHT TREMAINE LLP – NEW YORK NY
1251 AVENUE OF THE AMERICAS
21ST FLOOR
NEW YORK, NY 10020
212–489–8230
Fax: 212–489–8340
Email: johnbrowning@dwt.com
*ATTORNEY TO BE NOTICED*

**KENNETH BRADLEY BELL**
GUNSTER YOAKLEY & STEWART – TALLAHASSEE FL
215 S MONROE ST
STE 601
TALLAHASSEE, FL 32301
850–521–1980
Fax: 850–576–0902
Email: kbell@gunster.com
*ATTORNEY TO BE NOTICED*

**LAUREN VICKROY PURDY**
GUNSTER YOAKLEY & STEWART PA – JACKSONVILLE FL
ONE INDEPENDENT DRIVE
SUITE 2300
JACKSONVILLE, FL 32202
904–354–1980
Fax: 904–354–2170
Email: lpurdy@gunster.com
*ATTORNEY TO BE NOTICED*

**LEENA M CHARLTON**
DAVIS WRIGHT TREMAINE LLP – NEW YORK NY
1251 AVENUE OF THE AMERICAS
21ST FLOOR
NEW YORK, NY 10020
212–603–6461
Email: leenacharlton@dwt.com
*ATTORNEY TO BE NOTICED*

**LINDA JANE STEINMAN**
DAVIS WRIGHT TREMAINE LLP – NEW YORK NY
1251 AVENUE OF THE AMERICAS
21ST FLOOR
NEW YORK, NY 10020
212–603–6409
Fax: 212–489–8340
Email: lindasteinman@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **ROBERT WOODWARD** *other* BOB WOODWARD | represented by | **DEREK K MOUNTFORD** (See above for address) *ATTORNEY TO BE NOTICED* |

**ELIZABETH ANNE MCNAMARA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN MOSES BROWNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH BRADLEY BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEVIN TAYLOR BAINE**
WILLIAMS & CONNOLLY LLP –
WASHINGTON DC
680 MAINE AVENUE SW
WASHINGTON, DC 20024
202–434–5010
Email: kbaine@wc.com
*ATTORNEY TO BE NOTICED*

**LAUREN VICKROY PURDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEENA M CHARLTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDA JANE STEINMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS G HENTOFF**
WILLIAMS & CONNOLLY LLP –
WASHINGTON DC
680 MAINE AVENUE SW
WASHINGTON, DC 20024
Email: thentoff@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PARAMOUNT GLOBAL** *formerly known as* VIACOMCBS INC | represented by | **DEREK K MOUNTFORD** (See above for address) *ATTORNEY TO BE NOTICED* |

**ELIZABETH ANNE MCNAMARA**
(See above for address)

ATTORNEY TO BE NOTICED

**JOHN MOSES BROWNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KENNETH BRADLEY BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN VICKROY PURDY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LEENA M CHARLTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDA JANE STEINMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2023 | Ï 1 | COMPLAINT against PARAMOUNT GLOBAL, Simon & Schuster, Inc., ROBERT WOODWARD ( Filing fee $ 402 receipt number AFLNDC–7664653.), filed by DONALD J TRUMP. (GARSON, ROBERT) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 2 | CIVIL COVER SHEET. (GARSON, ROBERT) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 3 | NOTICE *of summons to be issued by clerk* by DONALD J TRUMP re 1 Complaint (Attachments: # 1 summons to be issued by clerk, # 2 summons to be issued by clerk) (GARSON, ROBERT) (Entered: 01/30/2023) |
| 01/31/2023 | Ï 4 | Summons Issued as to PARAMOUNT GLOBAL, SIMON & SCHUSTER Inc., ROBERT WOODWARD. (Attachments: # 1 Robert Woodward, # 2 Paramount Global) (alb) (Entered: 01/31/2023) |
| 01/31/2023 | Ï 5 | AO 121 Copyright New Case Notification. Copy sent to the Register of Copyrights. (alb) (Main Document 5 replaced on 1/31/2023) (alb). (Entered: 01/31/2023) |
| 02/06/2023 | Ï 6 | WAIVER OF SERVICE Returned Executed by DONALD J TRUMP. PARAMOUNT GLOBAL waiver sent on 1/31/2023, answer due 4/3/2023. (GARSON, ROBERT) (Entered: 02/06/2023) |
| 02/06/2023 | Ï 7 | WAIVER OF SERVICE Returned Executed by DONALD J TRUMP. SIMON & SCHUSTER INC waiver sent on 1/31/2023, answer due 4/3/2023. (GARSON, ROBERT) (Entered: 02/06/2023) |
| 02/06/2023 | Ï 8 | WAIVER OF SERVICE Returned Executed by DONALD J TRUMP. ROBERT WOODWARD waiver sent on 1/31/2023, answer due 4/3/2023. (GARSON, ROBERT) (Entered: 02/06/2023) |
| 03/23/2023 | Ï 9 | MOTION to Appear Pro Hac Vice by Leena Charlton.( Filing fee $ 208 receipt number AFLNDC–7782527.) by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Exhibit 1. NY Certificate of Good Standing) (CHARLTON, LEENA) (Entered: 03/23/2023) |
| 03/23/2023 | Ï 10 |  |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Elizabeth A. McNamara.( Filing fee $ 208 receipt number AFLNDC–7782569.) by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Exhibit 1.) NY Certificate of Good Standing) (MCNAMARA, ELIZABETH) (Entered: 03/23/2023) |
| 03/23/2023 | Ï 11 | MOTION to Appear Pro Hac Vice by Linda Steinman.( Filing fee $ 208 receipt number AFLNDC–7782613.) by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Exhibit 1.) NY Certificate of Good Standing) (STEINMAN, LINDA) (Entered: 03/23/2023) |
| 03/23/2023 | Ï 12 | MOTION to Appear Pro Hac Vice by John M. Browning.( Filing fee $ 208 receipt number AFLNDC–7782635.) by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Exhibit 1.) NY Certificate of Good Standing) (BROWNING, JOHN) (Entered: 03/23/2023) |
| 03/23/2023 | Ï 13 | ORDER REASSIGNING CASE. Case reassigned to JUDGE M CASEY RODGERS for all further proceedings. SENIOR JUDGE ROGER VINSON no longer assigned to case. Signed by SENIOR JUDGE ROGER VINSON on 03/23/2023. (alb) Modified on 3/27/2023 to correct file date (alb). (Entered: 03/24/2023) |
| 03/24/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 13 Order Reassigning Case, 9 MOTION to Appear Pro Hac Vice by Leena Charlton, 10 MOTION to Appear Pro Hac Vice by Elizabeth A. McNamara, 11 MOTION to Appear Pro Hac Vice by Linda Steinman, 12 MOTION to Appear Pro Hac Vice by John M. Browning. (alb) (Entered: 03/24/2023) |
| 03/24/2023 | Ï 14 | NOTICE of Appearance by KENNETH BRADLEY BELL on behalf of All Defendants (BELL, KENNETH) (Entered: 03/24/2023) |
| 03/24/2023 | Ï 15 | NOTICE of Appearance by LAUREN VICKROY PURDY on behalf of All Defendants (PURDY, LAUREN) (Entered: 03/24/2023) |
| 03/24/2023 | Ï 16 | Corporate Disclosure Statement/Certificate of Interested Persons by SIMON & SCHUSTER INC. (BELL, KENNETH) (Entered: 03/24/2023) |
| 03/24/2023 | Ï 17 | Corporate Disclosure Statement/Certificate of Interested Persons by ROBERT WOODWARD. (BELL, KENNETH) (Entered: 03/24/2023) |
| 03/24/2023 | Ï 18 | Corporate Disclosure Statement/Certificate of Interested Persons by PARAMOUNT GLOBAL. (BELL, KENNETH) (Entered: 03/24/2023) |
| 03/27/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 14 Notice of Appearance by KENNETH BRADLEY BELL, 15 Notice of Appearance by LAUREN VICKROY PURDY. (Proposed ISO prepared.) (alb) (Entered: 03/27/2023) |
| 03/27/2023 | Ï 19 | ORDER. The Motions for Admission Pro Hac Vice, ECF Nos. 9 , 10 , 11 and 12 are GRANTED. Attorneys Leena Charlton, Elizabeth McNamara, Linda Steinman and John M. Browning, are admitted pro hac vice to represent the Defendants pursuant to Local Rule 11.1(C). Signed by JUDGE M CASEY RODGERS on 03/27/2023. (alb) (Entered: 03/27/2023) |
| 03/27/2023 | Ï 20 | MOTION to Extend Time *to Oppose Motions to Dismiss and Extension of Word Limit* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (BELL, KENNETH) (Entered: 03/27/2023) |
| 03/28/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 20 MOTION to Extend Time to Oppose Motions to Dismiss and Extension of Word Limit. Modified on 3/28/2023 to reflect the correct judge (alb). (Entered: |

| | | |
|---|---|---|
| | | 03/28/2023) |
| 03/28/2023 | 21 | INITIAL SCHEDULING ORDER : Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **4/11/2023**. Rule 26 Meeting Report due by **5/11 /2023**. Discovery due by **9/25/2023**. Signed by JUDGE M CASEY RODGERS on 03/28/2023. (alb) (Entered: 03/28/2023) |
| 03/28/2023 | 22 | ORDER, granting 20 MOTION to Extend Time to Oppose Motions to Dismiss and Extension of Word Limit. Defendants may file two separate motions to dismiss. Defendants' venue motion, and the opposition thereto, may not exceed 4,000 words; Defendants Rule 12(b)(6) motion, and the opposition thereto, may not exceed 10,000 words. Defendants deadline to file the motions to dismiss is April 3, 2023; Plaintiff's deadline to respond to the motions to dismiss is May 15, 2023.Signed by JUDGE M CASEY RODGERS on 03/28/2023. ( Motions due by **4/3/2023**. Response to motion due by by **5/15/2023**.) (alb) (Entered: 03/28/2023) |
| 03/28/2023 | 23 | MOTION to Appear Pro Hac Vice by Thomas G. Hentoff.( Filing fee $ 208 receipt number AFLNDC−7789669.) by ROBERT WOODWARD. (Attachments: # 1 Exhibit Exhibit A −− Certificate of Good Standing) (HENTOFF, THOMAS) (Entered: 03/28/2023) |
| 03/29/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 23 MOTION to Appear Pro Hac Vice by Thomas G. Hentoff.( Filing fee $ 208 receipt number AFLNDC−7789669.) (alb) (Entered: 03/29/2023) |
| 03/29/2023 | 24 | ORDER granting 23 Motion to Appear Pro Hac Vice. Attorney Thomas G. Hentoff is admitted pro hac vice to represent the Defendant, Bob Woodward as Of Counsel pursuant to Local Rule 11.1(C). Signed by JUDGE M CASEY RODGERS on 03/29/2023. (alb) (Entered: 03/29/2023) |
| 03/31/2023 | 25 | MOTION for Leave to File *Unopposed to File Exhibits in Paper and Compact Disk Formats* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (BELL, KENNETH) (Entered: 03/31/2023) |
| 04/03/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 25 MOTION for Leave to File *Unopposed to File Exhibits in Paper and Compact Disk Formats*. (alb) (Entered: 04/03/2023) |
| 04/03/2023 | 26 | MOTION to Appear Pro Hac Vice by Kevin T. Baine.( Filing fee $ 208 receipt number AFLNDC−7799234.) by ROBERT WOODWARD. (Attachments: # 1 Exhibit Exhibit A −− Certificate of Good Standing) (BAINE, KEVIN) (Entered: 04/03/2023) |
| 04/03/2023 | 27 | MOTION to Dismiss *or, in the alternative, to transfer for improper venue and incorporated Memorandum of Law,* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Declaration of Bob Woodward in support of the Motion to Dismiss, # 2 Appendix A to Declaration) (MCNAMARA, ELIZABETH) Modified on 4/4/2023 to amend response deadline (alb). (Entered: 04/03/2023) |
| 04/03/2023 | 28 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *pursuant to FRCP, Rule 12(b)(6),* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Memorandum of Law in support of Motion to Dismiss, # 2 Exhibit A (Book), # 3 Exhibit B (Audiobook), # 4 Exhibit C (Trump Brief), # 5 Exhibit D (DoJ Cert), # 6 Exhibit E (Trump D.C. Brief)) (MCNAMARA, ELIZABETH) (Entered: 04/03/2023) |
| 04/04/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 26 MOTION to Appear Pro Hac Vice by Kevin T. Baine.( Filing fee $ 208 receipt number AFLNDC−7799234.) (alb) (Entered: 04/04/2023) |
| 04/04/2023 | | Set Deadlines/Hearings re 27 and 28 Motions to Dismiss. (Internal deadline for referral to judge if response not filed earlier: **5/15/2023**). (alb) (Entered: 04/04/2023) |
| 04/04/2023 | 29 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by DEREK K MOUNTFORD on behalf of PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD (MOUNTFORD, DEREK) (Entered: 04/04/2023) |
| 04/05/2023 | Ï 30 | ORDER granting as requested 25 Motion for Leave to File Exhibits in Paper and Compact Disk Formats. Signed by JUDGE M CASEY RODGERS on 04/05/2023. (alb) (Entered: 04/05/2023) |
| 04/05/2023 | Ï 31 | ORDER granting 26 Motion to Appear Pro Hac Vice. Attorney Kevin T. Baine is admitted pro hac vice to represent the Defendant, Bob Woodward as Of Counsel pursuant to Local Rule 11.1(C). Signed by JUDGE M CASEY RODGERS on 04/05/2023. (alb) (Entered: 04/05/2023) |
| 04/24/2023 | Ï 32 | First AMENDED COMPLAINT against DONALD J TRUMP, filed by DONALD J TRUMP. (ZILBERMAN, YANINA) (Entered: 04/24/2023) |
| 04/24/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 32 Amended Complaint. (jfj) (Entered: 04/24/2023) |
| 05/02/2023 | Ï 33 | MOTION for Extension of Time to File *and oppose Motions to Dismiss and extension of word limit (unopposed).* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (MCNAMARA, ELIZABETH) (Entered: 05/02/2023) |
| 05/03/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 33 MOTION for Extension of Time to File *and oppose Motions to Dismiss and extension of word limit (unopposed).* (alb) (Entered: 05/03/2023) |
| 05/04/2023 | Ï 34 | ORDER re 33 MOTION for Extension of Time to File and oppose Motions to Dismiss and extension of word limit (unopposed). the motion is GRANTED as follows: Defendants may file two separate motions to dismiss. Defendants' venue motion, and the opposition thereto, may not exceed 4,000 words; Defendants' Rule 12(b)(6) motion, and the opposition thereto, may not exceed 10,000 words. Defendants' deadline to file the motions to dismiss is May 19, 2023; Plaintiff's deadline to respond to the motions to dismiss is June 16, 2023. Defendants' Motions to Dismiss (ECF Nos. 27 and 28 ) are MOOT in light of Plaintiffs First Amended Complaint (ECF No. 32 ) filed on April 24, 2023. Signed by JUDGE M CASEY RODGERS on 05/04/2023. (Internal deadline for referral to judge if response not filed earlier: **6/16/2023**). Motions due by **5/19/2023**.) (alb) (Entered: 05/04/2023) |
| 05/10/2023 | Ï 35 | REPORT of Rule 26(f) Planning Meeting. (MCNAMARA, ELIZABETH) (Entered: 05/10/2023) |
| 05/11/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 35 Report of Rule 26(f) Planning Meeting. (alb) (Entered: 05/11/2023) |
| 05/18/2023 | Ï 36 | ORDER re 35 Report of Rule 26(f) Planning Meeting. All future discovery in this case is stayed pending resolution of the Defendants' anticipated motion to transfer venue and/or motion to dismiss for failure to state a claim. Plaintiff's request for the immediate production of the full Interview SoundRecordings is denied. The recordings will be produced as part of the ordinarydiscovery process. (Please see order.) Signed by JUDGE M CASEY RODGERS on 05/18/2023. Set/Clear Flags (alb) (Entered: 05/18/2023) |
| 05/19/2023 | Ï 37 | MOTION to Dismiss 32 *the First Amended Complaint or, in the alternative, to transfer for improper venue and incorporated Memorandum of Law,* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Internal deadline for referral to judge if response not filed earlier: **6/2/2023**). (Attachments: # 1 Declaration of Bob Woodward in support of the Motion to Dismiss the Amended Complaint., # 2 Appendix A to Declaration) (MCNAMARA, ELIZABETH) (Entered: 05/19/2023) |
| 05/19/2023 | Ï 38 | |

| | | |
|---|---|---|
| | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 32 the First Amended Complaint, pursuant to FRCP, Rule 12(b)(6), by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Memorandum of Law in support of Motion to Dismiss the First Amended Complaint, # 2 Exhibit A (slip sheet), # 3 Exhibit B (slip sheet), # 4 Exhibit C (Trump Brief (2d Cir.)), # 5 Exhibit D (Trump D.C. Brief)) (MCNAMARA, ELIZABETH) (Entered: 05/19/2023) |
| 06/13/2023 | Ï 39 | MOTION for Extension of Time to File Response/Reply as to 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 32 the First Amended Complaint, pursuant to FRCP, Rule 12(b)(6),, 37 MOTION to Dismiss 32 the First Amended Complaint or, in the alternative, to transfer for improper venue and incorporated Memorandum of Law, by DONALD J TRUMP. (GARSON, ROBERT) (Entered: 06/13/2023) |
| 06/14/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 39 MOTION for Extension of Time to File Response as to 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. (alb) (Entered: 06/14/2023) |
| 06/14/2023 | Ï 40 | ORDER. The 39 motion is GRANTED. Plaintiff's deadline to respond to Defendants' Motions to Dismiss (ECF Nos. 37 & 38 ) is extended to June 30, 2023.Signed by JUDGE M CASEY RODGERS on 06/14/2023. (Internal deadline for referral to judge if response not filed earlier: **6/30/2023**). (alb) (Entered: 06/14/2023) |
| 06/28/2023 | Ï 41 | Joint MOTION for Protective Order by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (Attachments: # 1 Confidentiality Agreement) (MCNAMARA, ELIZABETH) (Entered: 06/28/2023) |
| 06/29/2023 | Ï | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 41 Joint MOTION for Protective Order. Referred to ZACHARY C BOLITHO. (alb) (Entered: 06/29/2023) |
| 06/29/2023 | Ï | Motions No Longer Referred: 41 Joint MOTION for Protective Order. (alb) (Entered: 06/29/2023) |
| 06/29/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 41 Joint MOTION for Protective Order. (alb) (Entered: 06/29/2023) |
| 06/30/2023 | Ï 42 | MOTION to Seal Document by DONALD J TRUMP. (GARSON, ROBERT) (Entered: 06/30/2023) |
| 06/30/2023 | Ï 43 | MEMORANDUM in Opposition re 37 MOTION to Dismiss 32 the First Amended Complaint or, in the alternative, to transfer for improper venue and incorporated Memorandum of Law, filed by DONALD J TRUMP. (Attachments: # 1 Exhibit Exhibit 1 – Declaration of Robert Garson, # 2 Exhibit Exhibit A to Exhibit 1, # 3 Exhibit B to Exhibit 1, # 4 Exhibit C to Exhibit 1, # 5 Exhibit D to Exhibit 1, # 6 Exhibit E to Exhibit 1) (ZILBERMAN, YANINA) (Entered: 06/30/2023) |
| 06/30/2023 | Ï 44 | RESPONSE in Opposition re 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 32 the First Amended Complaint, pursuant to FRCP, Rule 12(b)(6), filed by DONALD J TRUMP. (Attachments: # 1 Exhibit 1 – Declaration of Robert Garson, # 2 Exhibit A to Exhibit 1, # 3 Exhibit B to Exhibit 1, # 4 Exhibit C to Exhibit 1, # 5 Exhibit D to Exhibit 1, # 6 Exhibit E to Exhibit 1) (ZILBERMAN, YANINA) (Entered: 06/30/2023) |
| 07/03/2023 | Ï | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 37 MOTION to Dismiss 32 the First Amended Complaint or, in the alternative, to transfer for improper venue and incorporated Memorandum of Law, 43 Memorandum in Opposition to Motion. 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 32 the First Amended Complaint, pursuant to FRCP, Rule 12(b)(6), 44 Response in Opposition to Motion. (alb) (Entered: 07/03/2023) |

| 07/03/2023 | 45 | MOTION for Leave to File *Reply memorandum of law in further support of their pending Motion to Dismiss the Amended Complaint DKT 37 . (Unopposed)* by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (MCNAMARA, ELIZABETH) (Entered: 07/03/2023) |
|---|---|---|
| 07/05/2023 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 45 DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF VENUE AND RULE 12(B)(6) MOTIONS TO DISMISS THE AMENDED COMPLAINT. (jfj) (Entered: 07/05/2023) |
| 07/05/2023 | 46 | ORDER re 45 Defendants' Unopposed MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF VENUE AND RULE 12(B)(6) MOTIONS TO DISMISS THE AMENDED COMPLAINT. The motion is GRANTED. Defendants may file a reply within 14 days of the date of this order, not to exceed 4,500 words. Signed by JUDGE M CASEY RODGERS on 07/05/23. (Reply due by **7/19/2023**.) (jfj) (Entered: 07/05/2023) |
| 07/19/2023 | 47 | REPLY to Response to Motion re 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *32 the First Amended Complaint, pursuant to FRCP, Rule 12(b)(6),*, 37 MOTION to Dismiss *32 the First Amended Complaint or, in the alternative, to transfer for improper venue and incorporated Memorandum of Law,* filed by PARAMOUNT GLOBAL, SIMON & SCHUSTER INC, ROBERT WOODWARD. (MCNAMARA, ELIZABETH) (Entered: 07/19/2023) |
| 07/20/2023 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE M CASEY RODGERS notified that action is needed Re: 47 REPLY to Response to 38 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. (alb) (Entered: 07/20/2023) |
| 08/04/2023 | 48 | ORDER granting Defendants' 37 motion to dismiss or to transfer venue, to the extent it seeks transfer. The Clerk is directed to transfer this case to the United States District Court for the Southern District of New York as the Court concludes that district is the most appropriate and convenient forum for the parties and witnesses and the one with the strongest connection to the dispute. The Defendants separately−filed Rule 12(b)(6) motion to dismiss for failure to state a claim (ECF No. 38) will carry with the case for resolution by the transferee court. Signed by JUDGE M CASEY RODGERS on 8/04/2023. (kr) (Entered: 08/04/2023) |