

Robert Garson
20803 Biscayne Blvd., 4th Floor
Aventura, FL 33180
E: rg@gs2law.com
P: +1.305-780-5212

August 11, 2023

**Via ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: Trump v. Simon & Schuster, et al., Case No. 1:23-cv-06883 (PGG)(BCM)

Dear Judge Gardephe,

This firm represents President Donald J. Trump ("Plaintiff ") in the above-captioned matter and writes further to the letter, dated today, filed by defendants Bob Woodward, Paramount Global, and Simon & Schuster ("Defendants') requesting oral argument.

This matter has been transferred to be heard before this Court arising out of the Complaint filed on January 30, 2023, in the Northern District of Florida. In short, the case centers on Defendants' use, publication and monetization of recordings made of President Trump's voice by the Defendants, absent any releases or authorizations. Bob Woodward had originally sought permission to record Plaintiff as an aide memoire for the writing of his book *Rage* and such permission for the preparation of the book only was given, orally. Two years after publication of *Rage*, Defendants then published the "raw" Trump Tapes, seeking to capitalize from his unique articulation and modulation.   By dint of the silence in the Motion to Dismiss and the Reply, Defendants accept that they neither sought nor obtained any form of written release from Plaintiff.  Plaintiff brings suit, inter alia, for Declaratory Judgement, an Accounting of Profits, Breach of Contract and associated causes of action.

While one could respond to Defendants' alarmist interpretation of Plaintiff's opposition, we agree that it is best suited for oral argument. We would only request that with the approaching Jewish Holidays, and the fact that counsel is both an orthodox Jew and based in Florida, that the Court choose a date that takes such factors into account.


Respectfully Submitted,

Robert Garson


cc: All Counsel of Record (via ECF)


New York                                    Miami                                    Philadelphia