UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,

                Plaintiff,

-against-

SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to Defendant.

1:23 Civ. 06883 (PGG)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Thomas G. Hentoff__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Robert Woodward__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania and the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 30, 2023

Respectfully Submitted,

Applicant Signature: *[signature]*
Applicant's Name: Thomas G. Hentoff
Firm Name: Williams & Connolly LLP
Address: 680 Maine Avenue, SW
City/State/Zip: Washington, DC 20024
Telephone/Fax: (202) 434-5000/(202) 434-5029
Email: thentoff@wc.com