UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,

                    Plaintiff,

    v.                                          1:23-cv-06883- PGG

SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,

                    Defendants.

---

## AFFIDAVIT OF THOMAS G. HENTOFF

THOMAS G. HENTOFF, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Williams & Connolly LLP, 680 Maine Avenue, SW, Washington, DC 20024, attorneys of counsel for defendant ROBERT WOODWARD.

2. I submit this affidavit in support of the motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standings attached hereto, I am a member in good standing of the bars of Pennsylvania and the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, it is respectfully requested that I be permitted to appear before this Court in connection with the trial of this action, including all pre-trial and post-trial proceedings.

_____
Thomas G. Hentoff

Sworn to before me this
30th day of August 2023.

_____
Notary Public

ANNALISA LEANDRI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2028



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Thomas G. Hentoff, Esq.*

DATE OF ADMISSION

*November 23, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  August 14, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Thomas G Hentoff*

was duly qualified and admitted on July 9, 1993 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 21, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*