UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,

      Plaintiff,

-against-

SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an

      Defendant.

1:23 cv 06883 ( PGG )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Thomas G. Hentoff__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania and the District of Columbia__; and that his/her contact information is as follows (please print):

 Applicant's Name: __Thomas G. Hentoff__
 Firm Name: __Williams & Connolly LLP__
 Address: __680 Maine Avenue, SW__
 City / State / Zip: __Washington, DC 20024__
 Telephone / Fax: __(202) 434-5000 / (202) 434-5029__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Robert Woodward__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge