UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,

                            Plaintiff,

        v.

SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,

                            Defendants.

3:23-cv-06883- PGG

---

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Elizabeth A. McNamara dated August 23, 2023 and attached exhibits, and all prior pleadings herein, Defendants Robert Woodward, Simon & Schuster, Inc., and Paramount Global (collectively, "Defendants") by and through their undersigned counsel, will move this Court before the Honorable Paul G. Gardephe at the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York, for an order dismissing Plaintiff Donald J. Trump's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Pursuant to the order dated August 22, 2023, Dkt. 54, any opposition by Plaintiff must be served by September 1, 2023, and any reply by Defendants must be served by September 11, 2023. The parties will file their respective motion papers on or before September 11, 2023 in compliance with this Court's Individual Rule IV.C

| | |
|---|---|
| Dated:  August 23, 2023 | **DAVIS WRIGHT TREMAINE LLP**<br><br>*/s/ Elizabeth A. McNamara*<br><br>Elizabeth A. McNamara<br>Linda J. Steinman<br>John M. Browning<br>Leena M. Charlton<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Phone: (212) 489-8230<br>Email: lizmcnamara@dwt.com<br>            lindasteinman@dwt.com<br>            jackbrowning@dwt.com<br>            leenacharlton@dwt.com<br><br>*Attorneys for Robert Woodward, Simon & Schuster, Inc. and Paramount Global*<br><br>**WILLIAMS & CONNOLLY***<br><br>Kevin T. Baine<br>Thomas G. Hentoff (*pro hac vice* forthcoming)<br><br>680 Maine Avenue SW<br>Washington, DC 20024<br>Phone: (202) 434-5804<br><br>Email: kbaine@wc.com<br>            thentoff@wc.com<br><br>**Of counsel to Robert Woodward* |

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on August 23, 2023, I caused copies of the foregoing to be sent to counsel of record via electronic mail, which was stipulated by the parties to be sufficient service.

_/s/ Elizabeth A. McNamara_
Attorney
