

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 603-6437 tel
(212) 379-5237 fax

lizmcnamara@dwt.com

September 12, 2023

**VIA ECF**
Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Trump v. Simon & Schuster, et al.*, Case No. 1:23-cv-06883 (PGG)

Hon. Gardephe:

    We represent Defendants in the above-referenced matter, and are writing (i) to provide the Court with notice that we have submitted courtesy copies of Defendants' submissions in its fully-briefed Rule 12(b)(6) motion to dismiss, which is now before Your Honor, and (ii) to respectfully request oral argument on the motion.

    Pursuant to Individual Rule IV.C, Defendants have delivered to the Court courtesy copies of their Rule 12(b)(6) motion to dismiss, amended pursuant to the Court's order dated August 17, 2023. Dkt. 52. These courtesy copies include Defendants' 12(b)(6) motion to dismiss and Defendants' reply brief, as well as the accompanying declarations and exhibits. Based on our understanding of Your Honor's Individual Rules, Plaintiff Donald Trump is responsible for filing and delivering courtesy copies of his own opposition papers.

    In addition, because Former-President Trump's complaint and opposition papers ask this Court to make unprecedented applications of settled law, Defendants respectfully request oral argument for the motion.

Respectfully admitted,

/s/ Elizabeth A. McNamara

Elizabeth A. McNamara

cc:   Opposing Counsel via ECF

DWT.COM