UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | 1:23-cv-06883-PGG |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br>                                    Plaintiff,<br>        v.<br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br>                                    Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, Yanina Zilberman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiff in the above-captioned action.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 1, 2023.
Aventura, Florida

GS2 LAW PLLC<br>
By: /s/ <u>Yanina Zilberman</u><br>
Robert Garson<br>
Yanina Zilberman<br>
20803 Biscayne Blvd., #405<br>
Aventura, Florida 33180<br>
(305) 780-5212<br>
yz@gs2law.com<br>
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I filed the foregoing Motion for Pro Hac Vice Admission Motion via ECF, which will send an electronic notice to counsel of record per the service list below.

/s/ Yanina Zilberman

**Service List**

**GUNSTER, YOAKLEY & STEWART, P.A.**
Kenneth B. Bell (FBN 347035)
Lauren v. Purdy (FBN 93943)
One Independent Dr., Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Email: kbell@gunster.com
           lpurdy@gunster.com

**DAVIS WRIGHT TREMAINE LLP**
Elizabeth A. McNamara (NYBN 1930643)
Linda J. Steinman (NYBN 2137305)
John M. Browning (NYBN 5213038)
Leena Charlton (NYBN 5622147)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com; lindasteinman@dwt.com; jackbrowning@dwt.com; leenacharlton@dwt.com

*Attorneys for Robert Woodward,*
*Simon & Schuster, Inc. and Paramount Global*

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

1:23-cv-06883-PGG

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,
                    Plaintiff,

v.

SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,
                    Defendants.

## AFFIDAVIT OF YANINA ZILBERMAN

YANINA ZILBERMAN, being duly sworn, hereby deposes and says as follows:

1. I am a Senior Associate Attorney with the firm of GS2 LAW PLLC, 20803 Biscayne Boulevard, Suite 405, Aventura, FL 33180, counsel for the Plaintiff.

2. I submit this affidavit in support of the motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As Shown the Certificate of Good Standing attached hereto, I am a member in good standing of the Florida Bar.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, it is respectfully requested that I be permitted to appear before this Court in connection with this action, including all pre-trial and post-trial proceedings.

_____
Yanina Zilberman

Sworn to before me this 29 day of September, 2023.

_____
Notary Public

Notary Public State of Florida
Yosef B Shwedel
My Commission HH 058768
Expires 10/29/2024

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0105665
Yanina Zilberman
GS2LAW PLLC
20803 Biscayne Blvd Ste 405
Aventura, FL 33180-1431

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 26, 2013**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  30th  day of **October, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-255370



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br>                                                  Plaintiff,<br>     v.<br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br>                                                  Defendants. | 1:23-cv-06883-PGG |

**ORDER GRANTING PRO HAC VICE ADMISSION**

The Motion of Yanina Zilberman for admission to practice Pro Hac Vice in the above-captioned case is **GRANTED**.

Applicant has declared that she is a member in good standing of the bar of the State of Florida, and that her contact information is as follows:

Applicant's Name: Yanina Zilberman
Firm Name: GS2 LAW PLLC
Address: 20803 Biscayne Boulevard, Suite 405
City/State/Zip: Aventura, FL 33180
Telephone: 305-780-5212

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff, President Donald J. Trump, 45th President of the United States of America, in his individual capacity, in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
Date

_____
United States District/Magistrate Judge