# EXHIBIT A



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = trump tapes
Search Results: Displaying 1 of 1 entries



Labeled View

### *The Trump Tapes.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording and Text |
| **Registration Number / Date:** | SR0000975712 / 2023-02-28 |
| **Application Title:** | The Trump Tapes. |
| **Title:** | The Trump Tapes. |
| **Description:** | 10 Compact Discs. |
| **Copyright Claimant:** | Donald J Trump. Address: 1100 S Ocean Blvd, Palm Beach, FL, 33480, United States. |
| | Bob Woodward. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-10-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Donald J Trump; Citizenship: United States. Authorship: sound recording, Text. |
| | Bob Woodward; Domicile: United States; Citizenship: United States. Authorship: sound recording, text. |
| **Rights and Permissions:** | Robert Garson, 20803 Biscayne Blvd, Ste 405, Aventura, FL, 33180, United States, (305) 780-5212, (212) 380-3623, rg@gs2law.com |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding material excluded: The work contains some previously published text. |
| **ISBN:** | 9781797124735 |
| **Names:** | Trump, Donald J |
| | Woodward, Bob |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾]  [Format for Print/Save]

Enter your email address: [ ] [Email]

**Help** | **Search** | **History** | **Titles** | **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page