# Certificate of Registration

**EXHIBIT A**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**SR 975-712**

**Effective Date of Registration:**
February 28, 2023

**Registration Decision Date:**
October 13, 2023



## Title

| | |
|---|---|
| Title of Work: | The Trump Tapes |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | October 24, 2022 |
| Nation of 1st Publication: | United States |
| International Standard Number: | ISBN 9781797124735 |

## Author

| | |
|---|---|
| • Author: | Donald J Trump |
| Author Created: | sound recording, Text |
| Citizen of: | United States |

| | |
|---|---|
| • Author: | Bob Woodward |
| Author Created: | sound recording, text |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Donald J Trump |
| | 1100 S Ocean Blvd, Palm Beach, FL, 33480, United States |

| | |
|---|---|
| Copyright Claimant: | Bob Woodward |

## Rights and Permissions

| | |
|---|---|
| Name: | Robert Garson |
| Email: | rg@gs2law.com |

| | |
|---:|:---|
| **Telephone:** | (305)780-5212 |
| **Alt. Telephone:** | (212)380-3623 |
| **Address:** | 20803 Biscayne Blvd<br>Ste 405<br>Aventura, FL 33180 United States |

## Certification

| | |
|---:|:---|
| **Name:** | Robert Garson |
| **Date:** | February 28, 2023 |

| | |
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding material excluded: The work contains some previously published text. |