UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,

        Plaintiff,

  v.

SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,

        Defendants.

3:23-cv-06883- PGG

---

### AMENDED RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT SIMON & SCHUSTER, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of this Court's Local Rules, Defendant Simon & Schuster, LLC hereby states that Simon & Schuster, Inc. (the predecessor in interest of defendant Simon & Schuster, LLC) is a non-governmental corporate party and that:

Simon & Schuster, LLC is indirectly wholly-owned by (i) certain of its and its affiliates' directors, officers and employees and (ii) certain investment vehicles advised by Kohlberg Kravis Roberts & Co. L.P., an indirect subsidiary of KKR & Co. Inc. (NYSE: KKR). No

publicly traded organization has economic ownership of 10% or more of Simon & Schuster, LLC.[1]

|  |  |
|---|---|
| Dated: November 15, 2023 | **DAVIS WRIGHT TREMAINE LLP** |
| | */s/ Elizabeth A. McNamara* |
| | Elizabeth A. McNamara<br>Linda J. Steinman<br>John M. Browning<br>Leena M. Charlton<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Phone: (212) 489-8230<br>Email: lizmcnamara@dwt.com<br>        lindasteinman@dwt.com<br>        jackbrowning@dwt.com<br>        leenacharlton@dwt.com |
| | *Attorneys for Simon & Schuster LLC* |

---

[1] Defendant Simon & Schuster, LLC intends to move the Court promptly to amend the caption in this action to substitute its name for the former entity "Simon & Schuster, Inc."