# Exhibit E



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = trump tapes
Search Results: Displaying 1 of 3 entries



***The Trump Tapes.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009335307 / 2023-02-23 |
| **Application Title:** | The Trump Tapes. |
| **Title:** | The Trump Tapes. |
| **Description:** | Book, 454 p. |
| **Copyright Claimant:** | Bob Woodward. Address: Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-10-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Bob Woodward; Citizenship: United States. Authorship: text of literary work in questions and spoken commentary as fixed in the phonorecord, and the selection and arrangement of the work as a whole, including any selection, arrangement, and/or editing of the responses by third parties. |
| **Pre-existing Material:** | All statements or responses to Mr. Woodward?s questions by third parties. |
| **Basis of Claim:** | text of literary work in questions and spoken commentary as fixed in the phonorecord, and the selection and arrangement of the work as a whole, including any selection, arrangement, and/or editing of the responses by third parties. |
| **Rights and Permissions:** | Simon & Schuster, Inc.-Permissions, 1230 Avenue of the Americas, 12th Floor, New York, NY, 10020, United States, permissions@simonandschuster.com |
| **Copyright Note:** | C.O. correspondence. |
| **ISBN:** | 9781797124728 |
| **Names:** | Woodward, Bob |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record  | Format for Print/Save |
Enter your email address: [_____] | Email |

**Help** | **Search** | **History** | **Titles** | **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page