# Exhibit F



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = trump tapes
Search Results: Displaying 3 of 3 entries

previous | next



*The Trump Tapes.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000981326 / 2023-02-23 |
| **Application Title:** | The Trump Tapes. |
| **Title:** | The Trump Tapes. |
| **Description:** | 10 Compact Discs. |
| **Copyright Claimant:** | Simon & Schuster, Inc., Transfer: by written agreement. Address: 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-10-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Simon & Schuster, Inc., employer for hire; Domicile: United States. Authorship: sound recording. |
| | Bob Woodward. Authorship: sound recording. |
| **Rights and Permissions:** | Simon & Schuster, Inc.-Permissions, 1230 Avenue of the Americas, 12th Floor, New York, NY, 10020, United States |
| **Copyright Note:** | C.O. correspondence. |
| **ISBN:** | 9781797124728 |
| **Names:** | Woodward, Bob |
| | Simon & Schuster, Inc. |

previous | next

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

[Help](#) **Search** [History](#) [Titles](#) [Start Over](#)

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page