# Exhibit G



**United States Copyright Office**

Library of Congress • 101 Independence Avenue SE • Washington DC 20559-6000 • www.copyright.gov

November 30, 2023

Simon & Schuster, Inc.
Attn: Stephanie Garcia
1230 Avenue of the Americas 17th Floor
New York, NY 10020
United States

Correspondence ID:    1-6384GGA

RE:    The Trump Tapes

Dear Stephanie Garcia:

    We recently completed two registrations for the "The Trump Tapes" under the registration numbers TX0009335307 and SR0000981326. We also received an adverse claim in the same work from Robert Garson on behalf of Donald Trump.

    As we explained previously, the Copyright Office is an office of record and it does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

    We are notifying you that we completed the registration submitted on behalf of Mr. Trump under registration number SR0000975712. We will also be notifying Mr. Trump of your completed registrations.

    This letter is for your information only; no reply is necessary.

Sincerely,

Examiner Carrie Ferguson
Senior Copyright Specialist
Performing Arts Division
Office of Registration Policy & Practice
U.S. Copyright Office

Enclosures:
  Reply Sheet

Stephanie Garcia — 2 — 1-6384GGA



**United States Copyright Office**

Library of Congress ・ 101 Independence Avenue SE ・ Washington DC 20559-6000 ・ www.copyright.gov

*1-6384GGA*

# Return this sheet with your reply.

**US Postal Service mail only** (and <u>only</u> for packages <u>no larger than</u> 12 x 18 x 4 inches) - use this address:

> COP/PA Division Reply
> PO Box 71680
> Washington, DC 20024-1680

**Private carriers (Fedex, UPS, etc.),** and for any package larger than 12 x 18 x 4 inches whether USPS or private carrier - use this address:

> Library of Congress
> Copyright Office – PA
> 101 Independence Avenue SE
> Washington, DC  20559-6233

**Packaging:**  If you send an audiotape, videotape, CD, CD-ROM, DVD, or photograph, <u>use a box</u> rather than a soft container – to avoid damage in the mail screening process.

**Reply Time -** 60 days from the date of the postmark of our letter, unless stated otherwise in the letter.

**If there is no response within the timeframe listed in this letter, this claim will be closed.  Your deposit and non-refundable filing fee will be retained.**

**If you re-apply for registration after the case file is closed**, you must send a new application, copy, and fee.  The effective date of registration will be based on the new submission.