**GS2LAW**

Robert Garson
20803 Biscayne Blvd., 4th Floor
Aventura, FL 33180
E: rg@gs2law.com
P: +1.305-780-5212

September 11, 2025

**Via ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: Trump v. Simon & Schuster, et al., Case No. 1:23-cv-06883 (PGG)(BCM)

Dear Judge Gardephe,

    We represent President Donald J. Trump ("Plaintiff") in the above-captioned matter and write to notify the Court that President Trump today shall file a motion for leave to amend pursuant to Rule IV(C)(1) of this Court's Individual Rules of Practice, which permits the filing of motions without "bundling[,]" where "waiting to file . . . could result in the loss of a right [] such as by making it impossible to file a timely appeal[.]"

    Ordinarily, an order dismissing a complaint without leave to amend becomes final and appealable once the amendment deadline expires. *See, e.g., Lewis v. R.L. Vallee, Inc.*, 2025 WL 1077412, at *1 (2d Cir. Apr. 10, 2025) ("Because Lewis failed to amend within th[e] time frame, the district court's dismissal ripened into a final decision over which we have appellate jurisdiction[]"). Here, the Court's dismissal order set an August 18, 2025, deadline for President Trump to seek leave to amend, later extended to September 11, 2025. *See* ECF 83 at 58; ECF 86. Thus, if President Trump bundles and does not file his motion for leave to amend by September 11, 2025, the dismissal order, ECF 83, may become final, which, may "result in the loss of a right [] such as . . . making it impossible [for President Trump] to file a timely appeal[.]"

    Accordingly, pursuant to Rule IV(C)(1), President Trump notifies the Court that he is filing his motion for leave to amend today, without "bundling."

Respectfully Submitted,

Robert Garson

cc: All Counsel of Record (via ECF)