UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th and 47th President of the United States, in his individual capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>SIMON & SCHUSTER, INC., ROBERT WOODWARD, and PARAMOUNT GLOBAL,<br><br>*Defendants*. | Case No. 1:23-cv-06883-PGG<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the attached declaration of Robert Garson, the exhibits attached thereto, and the accompanying memorandum of law, Plaintiff, Donald J. Trump, 45th and 47th President of the United States, in his individual capacity ("President Trump"), will move this Court, at a time and place designated by the Court, for an order, pursuant to Fed. R. Civ. P. 15(a)(2), granting him leave to file a Third Amended Complaint in this action.

**PLEASE TAKE FURTHER NOTICE** that pursuant to an agreement of the parties, papers in opposition to this motion, if any, shall be filed on or before October 7, 2025, and reply papers in support of this motion, if any, shall be filed on or before October 24, 2025.

Dated: September 11, 2025

Respectfully submitted,

GS2LAW PLLC

By: /s/ Robert Garson

Robert Garson (RG 1521)
Kenneth A. Caruso (Of Counsel)
David Labkowski (Of Counsel)
Yanina Zilberman (*Pro Hac Vice*)
20801 Biscayne Blvd, Suite 506
Aventura, FL, 33180
rg@gs2law.com
(305) 780-5212

*Attorneys for Plaintiff,*
*President Donald J. Trump,*
*45th and 47th President of the United*
*States, in his individual capacity*