

Robert Garson
20803 Biscayne Blvd., 4th Floor
Aventura, FL 33180
E: rg@gs2law.com
P: +1.305-780-5212

October 13, 2025

**Via ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: Trump v. Simon & Schuster, et al., Case No. 1:23-cv-06883 (PGG)(BCM)

Dear Judge Gardephe,

Your Honor,

Plaintiff respectfully requests a short extension of time and leave to exceed the standard page limits for his forthcoming reply memorandum in further support of his Motion for Leave to File a Third Amended Complaint.

Counsel is to observe the Jewish holidays this week and is also assisting with the preparation and opening of the October 7 Commemorative Exhibit at the United States Holocaust Memorial Museum on Thursday evening, October 16, 2025. These overlapping commitments have significantly limited counsel's ability to finalize the reply brief within the existing schedule.

Accordingly, Plaintiff respectfully requests:
i) A seven-day extension, to October 31, 2025, for filing Plaintiff's reply; and
ii) Permission to submit a reply memorandum of up to 20 pages (an additional 10 pages beyond the Court's standard limit), in order to address the numerous factual and legal issues raised in Defendants opposition brief.

Plaintiff has sought consent from opposing counsel but has not yet heard back. Out of an abundance of caution, and in light of the upcoming Jewish holiday, Plaintiff wished to submit this request to the Court sooner rather than later.

This request is made in good faith and not for purposes of delay. We thank the Court for its consideration of this request.

Respectfully Submitted,

Robert Garson

cc: All Counsel of Record (via ECF)

New York        Miami        London