UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br>Plaintiff,<br>- against -<br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br>Defendant. | Case No. 7:23-cv-06883-PGG |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, John Browning, of the law firm Davis Wright Tremaine LLP, respectfully moves this Court for an order permitting withdrawal as counsel for Defendants Robert Woodward, Simon & Schuster Inc. and Paramount Global ("Defendants") in the above-captioned matter, and states the following in support thereof:

1. Good cause exists for this withdrawal, as John Browning will no longer be employed by Davis Wright Tremaine LLP after August 21, 2026.

2. Elizabeth A. McNamara, Linda J. Steinman and Leena M. Charlton of the law firm Davis Wright Tremaine LLP are currently attorneys of record for Defendants, and they will continue to represent Defendants in this matter.

3. The undersigned has notified Defendants of the intent to withdraw and has taken steps to avoid foreseeable prejudice to Defendants by ensuring that Defendants are still represented by Davis Wright Tremaine LLP in this matter.

4. The undersigned is not asserting a retaining or charging lien.

5. In accordance with Local Civil Rule 1.4, a copy of this motion has been served upon Defendants via email to Valerie Snow, Corporate Counsel, Townsquare Media, Inc.

Dated: August 21, 2026

Respectfully submitted,

*/s/ John Browning*

John Browning
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
Email: jackbrowning@dwt.com

*Counsel for Defendants Robert Woodward, Simon & Schuster Inc. and Paramount Global*